■ In the Matter of ANITA E. WILSON, Petitioner, against ARMAND D'ANGELO, as Commissioner of Water Supply, Gas and Electricity of the City of New York, et al., Respondents.— Determination dismissing petitioner from her position as clerk annulled, on the law, and the proceeding, in the exercise of discretion, remanded to the Commissioner for a new hearing and upon notice with specifications apprising petitioner of the nature of the charges made against her, with costs to abide the event. The prior notice was wholly insufficient (*Matter of Edelstein* v. *Gale,* 5 A D 2d 811). Pending a determination on the new notice and new hearing, petitioner is not entitled to reinstatement provided the Commissioner moves expeditiously (*Matter of Lindquist* v. *City of Jamestown,* 192 Misc. 906 [HALPERN, J.]; cf. *Matter of Edelstein* v. *Gale, supra*). Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ GERTRUDE OLENICK, Respondent, v. HENRY LANGER, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ LAWRENCE VESCERA, Respondent, v. JOSEPH A. ELFE et al., Appellants. — Judgment and orders unanimously affirmed, with costs to the respondent of these appeals. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of WALTER P. REUTHER, as President of International Union, United Automobile, Aircraft and Agricultural Implement Workers of America, UAW-AFL-CIO, Respondent, against SAUL YELLIN et al., Individually and as President and Treasurer of Amalgamated Local 5, UAW-CUA, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ BALKAN DEMOLITION CO., INC., Appellant, v. YORKSHIRE INSURANCE COMPANY OF NEW YORK, Respondent.— Order granting defendant's motion pursuant to rule 112 of the Rules of Civil Practice and section 476 of the Civil Practice Act, for judgment on the pleadings dismissing the complaint for insufficiency, reversed on the law and in the exercise of discretion, and the motion denied, with costs to appellant. The complaint was dismissed by Special Term on the ground that it failed to allege the giving of prompt notice to defendant. Even assuming an obligation on the part of plaintiff to give notice, we do not find on the face of the complaint or exhibits any indication that plaintiff failed to give prompt notice of the accident. The complaint alleges due performance of all of the provisions of the policy. We do not pass on or consider any other matter except the sufficiency of the complaint on the question of notice. Order [denying plaintiffs cross motion for summary judgment] unanimously affirmed, with $20 costs and disbursements to the respondent. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ CONSTANCE BAUMOEL, Respondent, v. DAVID BAUMOEL, Appellant.— Judgment unanimously modified, on the law, on the facts and in the exercise of discretion, to the extent of reducing the amount allowed for support of the infant to $35 per week and, as so modified, affirmed, without costs. Settle order on notice. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ UNITED STATES OF AMERICA, Appellant, v. SOUTHERN STEAMSHIPS (PROPRIETARY) LIMITED, Respondent.— Order granting summary judgment and judgment dismissing the complaint unanimously reversed on the law, with costs to the appellant, and the motion denied, with $10 costs. On this record, there is sufficient to establish the existence of issues of fact that require determination at a trial. Appeal from order entered on September 22, 1959 [denying plaintiff's motion for rehearing on additional papers] dismissed as moot. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.